UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO.  1:19-MJ-1096 |
| | ) | |
| LISA ANN RAINES, | ) | - 01 |
| Defendant. | ) | |

## COURTROOM MINUTE FOR DECEMBER 20, 2019
### HONORABLE DORIS L. PRYOR, MAGISTRATE JUDGE

The parties appear for a preliminary and detention hearing.  Defendant appeared in person and by appointed counsel Bill Dazey. Government represented by AUSA James M. Warden.   USPO represented by Justin Meier.

Financial affidavit approved.   Counsel appointed.

Defendant waived her right to a preliminary hearing in open court and probable cause was found.

Detention hearing held.

Court's Exhibit 1 (PS3) admitted with objection from the Government.

Testimony presented and evidence proffered.   Argument presented.   Court grants the government's oral motion for pretrial detention and orders the defendant detained pending trial.

Defendant remanded to the custody of the U.S. Marshals pending further proceedings before the court.

Date: 12/23/2019

Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

all ECF-registered counsel of record via email generated by the court's ECF system